SUMMERS, J., is of the opinion the writ should be granted. We have already found: "The record is inconclusive and does not contain sufficient evidence for such a determination (extent of injuries) by us." (Parentheses added.) Foggin v. General Guaranty Insurance Co., 250 La. 347, 195 So.2d 636 (1967). The Court of Appeal has read into this clear finding a meaning which is not warranted by the language quoted.

■

208 So.2d 320

Conrad J. DAIGLE

v.

LIBERTY MUTUAL INSURANCE COMPANY.

No. 49120.

March 25, 1968.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.